DATE OF NOTICE January 6, 2009
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

INVENTIO AG,                                                :        **CIVIL ACTION.**

     vs.                                                    :

THYSSENKRUPP ELEVATOR AMERICAS CORPORATION et al., :        **NO.** 08-874

**NOTICE**

Please be advised that an initial pretrial conference in the above-captioned case will be held by telephone on **January 21, 2009 at 12:00 p.m.** with the Honorable Eduardo C. Robreno. Counsel for plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-4073.

Attached is an Initial Pretrial Conference Information Report (the "Report") which you are required to complete and forward to the Court at least three (3) days prior to the Initial Pretrial Conference. Do not have the Report docketed. Also attached is a notice of agenda of Initial Pretrial Conference.

Judge Robreno requires that all documents are filed electronically by the attorney using the Electronic Case Filing (ECF) system. ECF provides greater efficiency and timeliness in the filing of pleadings, automatic e-mail notice of case activity, as well as electronic storage of documents for remote access by the Court, the bar and the litigants. Attorneys appearing before Judge Robreno are required to register as Electronic Case Filing ('ECF") Filing Users at the Office of the Clerk of Court or at this court's website at www.paed.uscourts.gov.

A copy of the "Pretrial and Trial Procedure" for Judge Robreno is available on this court's web site at www.paed.uscourts.gov under the heading "Documents" and the subheading "Judges' Procedures".

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to participate in the Initial Pretrial Conference.  The Initial Pretrial Conference will be continued to another date only in exceptional cases.

s/Trudy Oliver for<br>
**Ronald Vance**<br>
**Deputy Clerk to Judge Robreno**<br>
**(267) 299-7429**

**cc:**  Donald E. Reid, Esquire
      James Michael Lennon, Esquire

**NOTICE TO COUNSEL**
**OF AGENDA OF INITIAL PRETRIAL CONFERENCE**

1. An initial pretrial conference ("Initial Pretrial Conference"), as described in Fed. R. Civ. P. 16(a), (b) and (c), will be held shortly after an answer is filed or a case is reassigned to Judge Robreno's calendar.

2. The Initial Pretrial Conference usually will take ten (10) to twenty (20) minutes.

3. At the Initial Conference the following matters, among others, will be considered and acted upon:

    A. Jurisdictional defects, if any;

    B. Time limits to join other parties and to amend pleadings;

    C. Prospects of amicable settlement;

    D. Progress of self executing disclosure under Section 4:01 of the Civil Justice Expense and Delay Reduction Plan (the "Plan");

    E. Establishing schedules for remaining pretrial proceedings including discovery, pretrial filings, exchange of expert reports, etc;

    F. Filing of dispositive motions; and,

    G. Setting a date for trial.

4. Each party should be prepared to describe the nature of the discovery it seeks including an estimate of the number of depositions it intends to take.

5. No further conferences will be held until the Final Pretrial Conference unless requested by counsel for exploration of settlement or for trial management or preparation purposes or if provided for in the Scheduling Order.

<u>s/Trudy Oliver for</u><br>
**Ronald Vance**<br>
**Deputy Clerk to Judge Robreno**<br>
**(267) 299-7429**

INITIAL PRETRIAL CONFERENCE STATUS REPORT

Date: _____

CIVIL ACTION NO. _____   JURY TRIAL_____   NON-JURY TRIAL_____

Title of Case:_____

Name of Party You Represent: _____

Party is: plaintiff _____   defendant _____   third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code):_____ Fax No._____

Basis for
Jurisdiction: _____

Proof   of   Service   Filed   as   to   Defendant:   Yes___   No___

Has self-executing disclosure been completed  Yes _____   No _____

If not, explain what remains to be completed? _____

What, if any, matters do you wish to bring to the attention of the court at the initial pretrial   conference?_____


Case will be ready for trial on or about:_____

Trial time: a) Estimate of total time to present your case _____
           b) Estimate of total time for the entire trial _____


Additional
Comments:_____
_____


_____
Counsel for