# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTIO AG, | ) C.A. No. 08-874-ER |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| THYSSENKRUPP ELEVATOR AMERICAS CORPORATION; THYSSENKRUPP ELEVATOR CORPORATION, and; THYSSENKRUPP ELEVATOR MANUFACTURING INCORPORATED, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORY NO. 7 AND DOCUMENT REQUESTS NOS. 2, 50 AND 51

July 2, 2009

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
James M. Lennon (#4570)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel: (302) 252-4320
kbaird@wcsr.com

**FROST BROWN TODD LLC**
David E. Schmit (admitted pro hac vice)
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
dschmit@fbtlaw.com
Tel:   (513) 651 6985
*Attorneys for Defendants*

–2–

Defendants respectfully move this Court for an order compelling Plaintiff to respond to Interrogatory No. 7 and Document Requests Nos. 2, 50 and 51, and for recovery of their fees and expenses incurred in bringing this Motion.

The grounds for this Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

July 2, 2009

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ James M. Lennon
James M. Lennon (#4570)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel: (302) 252-4320
kbaird@wcsr.com

**FROST BROWN TODD LLC**
David E. Schmit (admitted pro hac vice)
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
dschmit@fbtlaw.com
Tel:    (513) 651 6985
*Attorneys for Defendants*

–3–

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of July, 2009, the foregoing was filed with the clerk of the court by using the CM/ECF system and that a true and correct copy of the foregoing will be served on the following counsel for Plaintiff through the CM/ECF system:

Donald E. Reid
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Chase Manhattan Centre
1201 North Market St., P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 685-9200
rsmith@mnat.com

Pierre R. Yanney
**DARBY & DARBY P.C.**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 527-7769
Pyanney@Darbylaw.com

        /s/ James M. Lennon
        James M. Lennon (#4570)