IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTIO AG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-874 RGA |
| | ) |
| THYSSENKRUPP ELEVATOR AMERICAS CORPORATION, THYSSENKRUPP ELEVATOR CORPORATION AND THYSSENKRUPP ELEVATOR MANUFACTURING INCORPORATED, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**INVENTIO AG AND SCHINDLER ELEVATOR CORPORATION'S
RESPONSE TO THYSSENKRUPP'S FIFTH MOTION TO COMPEL**

Pursuant to the Scheduling Order of September 28, 2012 (D.I. 187) and the Agreed Order Appointing Special Master (D.I. 122), defendants' motion is to be decided initially by Special Master C.J. Seitz. The responsive brief attached as Exhibit 1 was served upon Special Master Seitz and defendants on March 4, 2013.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Donald E. Reid (#1058)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
dreid@mnat.com
mflynn@mnat.com

OF COUNSEL:

Pierre R. Yanney
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5858

*Attorneys for Plaintiff Inventio AG*

March 6, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2013, upon the following in the manner indicated:

>James M. Lennon, Esq.
>WOMBLE, CARLYLE SANDRIDGE & RICE, PLLC
>222 Delaware Avenue, Suite 1501
>Wilmington, DE  19801
>Email: jlennon@wcsr.com

>David E. Schmit, Esq.
>FROST BROWN TODD LLC
>2200 PNC Center
>201 East 5th Street
>Cincinnati, OH 54202-4182
>Email: dschmit@fbtlaw.com

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)