Filed this 28th Day of February, 2014, In open Court
-KSC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INVENTIO AG,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )   C.A. No. 08-874-RGA
                                          )
THYSSENKRUPP ELEVATOR                     )
CORPORATION,                              )
                                          )
            Defendant.                    )
                                          )
                                          )
                                          )

**<u>VERDICT FORM</u>**

We, the jury, unanimously find as follows:

I. **INFRINGEMENT**

   A. Has Inventio proved by a preponderance of the evidence that ThyssenKrupp Elevators Corporation infringed the Inventio patents with the three accused elevator jobs?

   '465 patent

   Claim 1     __✓__ infringed     _____ not infringed
   Claim 2     __✓__ infringed     _____ not infringed
   Claim 3     __✓__ infringed     _____ not infringed

   '861 patent

   Claim 1     _____ infringed     __✓__ not infringed
   Claim 3     _____ infringed     __✓__ not infringed

II. **DAMAGES**

If you found at least one of the claims infringed, continue with this section (Section II). If you found that no claims were infringed, skip this section and proceed to Section III.

**DO NOT CONSIDER ANY ISSUE OF INVALIDITY OR INVENTORSHIP WHEN ANSWERING THIS QUESTION.**

What is the amount of reasonable royalty damages to compensate Inventio for infringement?

$ __40,320__

1

## III. INVALIDITY

1. Has ThyssenKrupp Elevators Corporation proven by clear and convincing evidence that the Inventio patent claims are invalid as OBVIOUS?

   '465 patent

   Claim 1 __✓__ invalid  _____ valid

   Claim 2 __✓__ invalid  _____ valid

   Claim 3 __✓__ invalid  _____ valid

   '861 patent

   Claim 1 __✓__ invalid  _____ valid

   Claim 3 __✓__ invalid  _____ valid

2. Has ThyssenKrupp Elevators Corporation proven by clear and convincing evidence that the Inventio patent claims are invalid for failing to meet the BEST MODE requirement?

   '465 patent

   Claim 1 _____ invalid  __✓__ valid

   Claim 2 _____ invalid  __✓__ valid

   Claim 3 _____ invalid  __✓__ valid

   '861 patent

   Claim 1 __✓__ invalid  _____ valid

   Claim 3 __✓__ invalid  _____ valid

2

## IV. INVENTORSHIP

1. Has ThyssenKrupp Elevators Corporation proven by clear and convincing evidence that the Inventio patents do not name the CORRECT INVENTORS?

'465 patent

    Claim 1    ✓ yes    ___ no

    Claim 2    ✓ yes    ___ no

    Claim 3    ✓ yes    ___ no

'861 patent

    Claim 1    ✓ yes    ___ no

    Claim 3    ✓ yes    ___ no

If the answer to Question 1 is "no," do not answer Question 2. If the answer to the Question 1 is "yes" answer Question 2.

2. Who was the other inventor? __Schroeder__

**WE THE JURY UNANIMOUSLY FIND THIS TO BE OUR VERDICT.**

2/28/14
Date

Jury Foreperson

3